**SHAKED LAW GROUP, P.C.**
ATTORNEYS-AT-LAW
14 HARWOOD COURT, SUITE 415
SCARSDALE, NEW YORK 10583

_____

TEL.  (917) 373-9128
ShakedLawGroup@Gmail.com

March 22, 2023

**VIA ELECTRONIC FILING**
The Honorable Lorna G. Schofield
United States District Judge
Southern District of New York
40 Foley Square
New York, NY 10007

Re:   **Linda Slade v. Vetster, Inc.**
      **Case No. 23-cv-718-LGS**
      **Request for Adjournment of Initial Conference**

---

*Application **granted in part**. The initial pretrial conference scheduled for March 29, 2023, is adjourned to **April 26, 2023, at 4:00 P.M.** At that time, the parties shall call 888-363-4749 and use the access code 558-3333. The deadline for the parties to file the joint letter and proposed civil case management plan and scheduling order is extended to **April 19, 2023, at 12:00 P.M.***

Dated: March 23, 2023
       New York, New York

*/s/ Lorna G. Schofield*
**LORNA G. SCHOFIELD**
**UNITED STATES DISTRICT JUDGE**

---

Dear Judge Schofield,

    We represent Linda Slade, the Plaintiff herein. An Initial Telephonic Conference (the "Conference") is scheduled for March 29, 2023 at 4:00 p.m.

    Defendant, Vetster, Inc., is located in Canada. They were served on February 16, 2023 through their U.S. registered agent. Yesterday, we heard from counsel who advised us that they are in the process of being retained by Vetster. Once they are retained, the parties anticipate to confer with each other regarding settlement.

    Therefore, we respectfully request that the initial telephonic conference as well as the deadlines to submit a Joint Letter and a joint Proposed civil Case Management Plan and Scheduling Order be adjourned for thirty (30) days.

    No prior application for this relief has been made.

    Thank you for your consideration.

    Respectfully submitted,

    */s/ Dan Shaked*
    Dan Shaked
    *Attorney for Plaintiff*

cc: Mitchell Berns, Esq. (via email)